### 23950. TAYLOR *v.* PUETT.

GUERRY, J. The bill of exceptions in this case was certified on January 31, 1934, and filed in the office of the clerk of the trial court on February 17, 1934. The bill of exceptions not having been filed within fifteen days of its certification, the writ of error must be

> *Dismissed. Broyles, C. J., and MacIntyre, J., concur.*
>
> DECIDED MAY 18, 1934.

*J. H. Kirby,* for plaintiff in error.